UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 10-2223 BB | USA vs. | Dwyer |
| Date: | 10/12/11 | Name of Deft: | Kevin Dwyer |
| Before the Honorable | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Time In/Out: | 1:47 - 1:55 | | | Total Time in Court (for JS10): | 8 minutes | |
| Clerk: | Gene Rael | | | Court Reporter: | J. Bean | |
| AUSA: | Charlyn Rees | | | Defendant's Counsel: | Robert J. Gorence | |
| Sentencing in: | Santa Fe, NM | | | Interpreter: | None | |
| Probation Officer: | M. Carrion | | | Sworn? | Yes | No |
| Convicted on: | X Plea | | Verdict | As to: | Information | X Indictment |
| If Plea: | X Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **Counts 1 and 2** | |
| X | Plea Agreement Accepted | | | PSR: | X Not Disputed | Disputed |
| PSR: X | Court Adopts PSR Findings | | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 240 months

| | | | | | |
|---|---|---|---|---|---|
| Supervised Release: | Life as to counts 1 and 2 | Probation: | | | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

Defendant must comply with the Mandatory and Standard conditions along with the following special conditions:

| | | | |
|---|---|---|---|
| X | Participate in mental health program | X | Residential re-entry center for up to_4 months |
| X | No alcohol/liquor establishments | X | Shall not possess a computer during supervised release |
| X | No loitering within 100 feet of school yards | X | Not to have occupation where ther is access to children |
| X | No computer with access to online services | X | Restricted from occupation with access to children |
| X | No contact with children under 18 years | X | Install software & hardware to help monitor computer usage |
| X | No volunteering where children supervised | X | Copies of all bills including all financial information |
| X | No changes in CPU or Passwords information | X | USPO to have periodic unannounced examinations of computer |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | **0** | Restitution: $ | **0** | | |
| SPA: $ | 200.00 ($100 as to each Count) | Payment Schedule: | X | Due Immediately | Waived |
| OTHER: | Forfeits his rights, title, and interest to the items and property listed in paragraph 15 of the plea agreement. | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | Facility as close to Albuquerque as possible, if eligible |
| | Dismissed Counts: | | |
| OTHER COMMENTS | | | Defense counsel asks for lower end of sentencing. Government responds. |