**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v.

No. CV 13-0609 MV/WPL
CR 10-2223 MV

KEVIN DWYER,

Defendant.

JUDGMENT

This matter having come before the Court, *sua sponte* under rules 4(b) and 11(a) of the Rules Governing Section 2255 Proceedings, on Defendant's Motion Under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 37) filed on July 1, 2013; and the Court having entered an order dismissing the motion with prejudice,

IT IS THEREFORE ORDERED that judgment is entered in favor of Plaintiff, and this civil proceeding is DISMISSED.

UNITED STATES DISTRICT JUDGE